■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHELDON ALLEN, Appellant. [612 NYS2d 1016] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Wiggins, J.—Assault, 3rd Degree.) Present—Pine, J. P., Lawton, Callahan, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISABEL MARINO, Appellant. [612 NYS2d 1016] —Judgment unanimously affirmed *(see, People v Allen,* 82 NY2d 761; *People v Griggs,* 199 AD2d 1073). (Appeal from Judgment of Supreme Court, Onondaga County, Gorman, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Pine, J. P., Lawton, Callahan, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENALDO GRANT, Appellant. [612 NYS2d 1017] —Judgment unanimously affirmed. Memorandum: The verdict is not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). We find the sentence neither harsh nor excessive. (Appeal from Judgment of Erie County Court, Rogowski, J.—Sodomy, 1st Degree.) Present—Pine, J. P., Lawton, Callahan, Doerr and Davis, JJ.

■ ROBERT KINGSTON, Respondent, v KISSING BRIDGE SKI AREA et al., Respondents, and NEW YORK STATE ELECTRIC & GAS CORPORATION, Appellant. (Appeal No. 2.) [612 NYS2d 996] — Appeal unanimously dismissed without costs *(see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Order of Supreme Court, Erie County, Gorski, J.—Summary Judgment.) Present—Pine, J. P., Lawton, Callahan, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE SPANN, SR., Appellant. (Appeal No. 1.) [612 NYS2d 996] — Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Green, Lawton, Wesley and Callahan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE SPANN, SR., Appellant. (Appeal No. 2.) [612 NYS2d 996] — Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Ap-

peal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Green, Lawton, Wesley and Callahan, JJ.

■ In the Matter of ANDERSON WETHINGTON, Appellant, v LINDA COLE, as Inmate Record Coordinator of the Mohawk Correctional Facility, et al., Respondents. [612 NYS2d 1017] — Judgment unanimously affirmed. Memorandum: We conclude that respondents properly computed petitioner's sentences. Because petitioner was sentenced as a second felony offender, the sentence must run consecutively to his undischarged sentence of imprisonment by operation of law (Penal Law § 70.25 [2-a]). The contention that petitioner's sentence does not reflect the purported plea bargain agreement is unsupported by the record. Petitioner's remedy is to apply to the sentencing court for resentencing (see, CPL 440.20 [1]). (Appeal from Judgment of Supreme Court, Oneida County, Parker, J. —Article 78.) Present—Denman, P. J., Green, Lawton, Wesley and Callahan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST LOTT, Appellant. [612 NYS2d 1017] —Judgment unanimously affirmed (see, People v Parks, 199 AD2d 1025). (Appeal from Judgment of Erie County Court, D'Amico, J.—Murder, 2nd Degree.) Present—Denman, P. J., Lawton, Wesley and Callahan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMAR ROWELL, Also Known as RONNIE RASPBERRY, Appellant. [612 NYS2d 1017] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Criminal Possession Stolen Property, 4th Degree.) Present—Green, J. P., Pine, Balio, Fallon and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE RAMON PENA, Also Known as RAMON EMILIO ARIAS, Appellant. [612 NYS2d 1018] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Erie County Court, LaMendola, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Green, J. P., Pine, Balio, Fallon and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v